MJC:ljc 95470 \Pleadings\95470 1a Our Answer 2-3-21

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| KENDRA THIBAULT, in her Capacity as Guardian of JHAMAL GONSALVES, ET AL | : : : | |
| VS. | : : | C.A. NO. 21- cv-00021-WES-LDA |
| HUGH T. CLEMENTS, JR., Individually and in his Official Capacity as Chief of Police of the Providence Police Department, ET AL | : : : : | DEFENDANTS DEMAND A TRIAL BY JURY. |

## ANSWER OF DEFENDANTS KYLE ENDRES AND BRAD McPARLIN

### I. INTRODUCTION

1. Denied.

2. Unknown and denied.

3. Denied.

4. Unknown and denied.

5. Neither admitted nor denied.

6. Denied.

### II. PARTIES

7. Unknown and denied.

8. Unknown and denied.

9. No answer required by these defendants.

10. No answer required by these defendants.

11. Admitted.

12. Admitted.

13. No answer required by these defendants.

14. No answer required by these defendants.

15. Admitted as to these defendants.

### III. JURISDICTION

16. Admitted.

17. Admitted.

### IV. FACTS

18. Admitted.

19. Denied.

20. Denied.

21. Denied.

22. Unknown and denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. No answer required by these defendants, and to the extent that any allegations of misconduct are expressed or implied, the allegations are denied.

31. Unknown and denied.

32. Unknown and denied.

33. Unknown and denied.

### V. NOTICE OF CLAIM

34. No answer required by these defendants.

### VI. COUNT I
### 42 U.S.C. § 1983

### Fourth and Fourteenth Amendment Violations
### Against Defendants Endres and McParlin

35. Defendants incorporate their answers to the said realleged paragraphs.

36. Admitted.

37. Denied.

38. Denied.

39. Denied as to any alleged wrongful conduct.

40. Denied.

41. Denied.

42. Denied as to any alleged wrongful conduct.

### VII. COUNT II
### 42 U.S.C. § 1983

### Excessive Force Against Defendants Endres and McParlin

43. Defendants incorporate their answers to the said realleged paragraphs.

44. Admitted.

45. Denied.

46. Denied.

47. Denied as to any alleged wrongful conduct.

48. Denied.

49. Denied as to any alleged wrongful conduct.

## VIII.  COUNT III

### Negligence Against Defendants Endres and McParlin

50. Defendants incorporate their answers to the said realleged paragraphs.

51. Denied.

52. Denied.

53. Admitted.

54. No answer required by these defendants, and to the extent that any allegations of misconduct are expressed or implied, the allegations are denied.

55. Denied.

56. Denied as to any alleged wrongful conduct.

## IX.  COUNT IV

### Gross Negligence/Reckless Conduct Against
### Defendants Endres, McParlin, City of Providence

57. Defendants incorporate their answers to the said realleged paragraphs.

58. Admitted.

59. Denied.

60. Denied.

61. Admitted.

-4-

62. No answer required by these defendants, and to the extent that any allegations of misconduct are expressed or implied, the allegations are denied.

63. Denied.

64. Denied as to any alleged wrongful conduct.

## X.  COUNT V

### Assault Against Defendants Endres and McParlin

65. Defendants incorporate their answers to the said realleged paragraphs.

66. Denied.

67. Denied.

68. Denied.

69. Denied as to any alleged wrongful conduct.

## XI.  COUNT VI

### Battery Against Defendants Endres and McParlin

70. Defendants incorporate their answers to the said realleged paragraphs.

71. Denied.

72. Denied.

73. Denied.

74. Denied as to any alleged wrongful conduct.

## XII.  COUNT VII

### False Imprisonment Against Defendants Endres and McParlin

75. Defendants incorporate their answers to the said realleged paragraphs.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied as to any alleged wrongful conduct.

### XIII.  COUNT VIII

### Intentional Infliction of Emotional Distress
### Against Defendants Endres and McParlin

81. Defendants incorporate their answers to the said realleged paragraphs.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied.

88. Denied as to any alleged wrongful conduct.

### XIV.  COUNT IX
### 42 U.S.C. § 1983

### Fourth and Fourteenth Amendment Violations
### Against Defendants John and Jane Does, Alias 1-10

89. Defendants incorporate their answers to the said realleged paragraphs.

90-96. Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

## XV.  COUNT X
## 42 U.S.C. § 1983

### Excessive Force Against Defendants John and Jane Does, Alias 1-10

97.     Defendants incorporate their answers to the said realleged paragraphs.

98-103.   Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

## XVI.  COUNT XI

### Negligence Against Defendants John and Jane Does, Alias 1-10

104.    Defendants incorporate their answers to the said realleged paragraphs.

105-110.  Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

## XVII.  COUNT XII

### Gross Negligence/Reckless Conduct Against
### Defendants John and Jane Does, Alias 1-10, and City of Providence

111.    Defendants incorporate their answers to the said realleged paragraphs.

112-118.  Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

## XVIII.  COUNT XIII

### Assault Against Defendants John and Jane Does, Alias 1-10

119.    Defendants incorporate their answers to the said realleged paragraphs.

120-123.   Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

### XIX.  COUNT XIV

**Battery Against Defendants John and Jane Does, Alias 1-10**

124.   Defendants incorporate their answers to the said realleged paragraphs.

125-128.   Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

### XX.  COUNT XV

**False Imprisonment Against Defendants John and Jane Does, Alias 1-10**

129.   Defendants incorporate their answers to the said realleged paragraphs.

130-134.   Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

### XXI.  COUNT XVI

**Intentional Infliction of Emotional Distress**
**Against Defendants John and Jane Does, Alias 1-10**

135.   Defendants incorporate their answers to the said realleged paragraphs.

136-142.   Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

### XXII.  COUNT XVII
### 42 U.S.C. § 1983

**Supervisory Liability Against Defendants Clements and Pare**

143.   Defendants incorporate their answers to the said realleged paragraphs.

144-148.   Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

## XXIII.  COUNT XVIII
## 42 U.S.C. § 1983

### Against Defendant City of Providence

149.   Defendants incorporate their answers to the said realleged paragraphs.

150-159.   Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

## XXIV.  COUNT XIX

### Vicarious Liability Against Defendant City of Providence

160.   Defendants incorporate their answers to the said realleged paragraphs.

161-165.   Said paragraphs contain counts not directed toward these defendants, and as such, no answer is required.  To the extent that these counts allege or imply any wrongful conduct on the part of these defendants, the allegations are denied.

WHEREFORE, defendants demand judgment against the plaintiffs.

### AFFIRMATIVE AND/OR OTHER DEFENSES

1.   Defendants affirmatively plead assumption of the risk.

2.   Defendants affirmatively plead qualified immunity.

3.   Defendants affirmatively plead that Counts IV, V, VI, VII and VIII fail to state claims upon which relief can be granted.

                                     DEFENDANTS, KYLE ENDRES and
                                     BRAD McPARLIN,
                                     By their Attorney,


                                     /s/ Michael J. Colucci
                                     Michael J. Colucci, Esq. #3302
                                     OLENN & PENZA, LLP
                                     530 Greenwich Avenue
                                     Warwick, RI  02886
                                     PHONE:  (401) 737-3700
                                     FAX:  (401) 737-5499
                                     EMAIL:  mjc@olenn-penza.com

## **CERTIFICATION**

      I hereby certify that I have filed the within with the United States District Court on this 15th day of February, 2021, that a copy is available for viewing and downloading via the ECF system, and that I have caused a copy to be sent to:

Amato A. DeLuca, Esq.
199 North Main Street
Providence, RI  02903

Jude E. Kerrison, Esq.
Karns & Kerrison
850 Aquidneck Avenue
Unit A9
Middletown, RI  02842

Kevin F. McHugh, Sr. Asst. City Solicitor
Providence Law Department
444 Westminster Street, Suite 220
Providence, RI  02903

                                     /s/ Michael J. Colucci